# IN THE SUPREME COURT OF THE STATE OF NEVADA

GENE ANTHONY ALLEN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 77046

FILED

MAY 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a postconviction petition requesting genetic marker analysis pursuant to NRS 176.0918.[1] Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Appellant did not demonstrate that he met the requirements for genetic marker analysis. *See* NRS 176.0918(3). He did not identify specific evidence that could be tested or articulate a reasonable possibility he would not have been prosecuted or convicted had a genetic marker

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is unnecessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

SUPREME COURT
OF
NEVADA

(O) 1947A

19- 21337

analysis been done. NRS 176.0918(3)(a), (b). Accordingly, we conclude the district court did not err in denying the petition, *see* NRS 176.0918(4)(a), and we

ORDER the judgment of the district court AFFIRMED.[2]

_____, C.J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Chief Judge, The Eighth Judicial District Court
       Eighth Judicial District Court, Dept. 9
       Gene Anthony Allen
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[2]Appellant's motion for reconsideration is premature. *See* NRAP 40(a)(1); NRAP 40A(b).